**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Michael GILBERT, a/k/a Roy Smith, a/k/a Tracy, Defendant— Appellant.**

No. 09–6961.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 20, 2009.

Decided: Oct. 26, 2009.

Michael Gilbert, Appellant Pro Se. Stephen Wiley Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Gilbert appeals from the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Gilbert,* No. 3:97–cr–00352–REP–2 (E.D.Va. May 6, 2009). We deny Gilbert's motion for copies of documents, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*